HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAREN L. STAPLES, Individually and as Personal Representative of the Estate of ERNEST G. STAPLES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>A.W. CHESTERON COMPANY, et al.,<br><br>　　　　　　Defendants. | NO. 3:14-cv-05432-RBL<br><br>ORDER DENYING DEFENDANT CRANE CO.'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER comes before the Court on Defendant Crane Co.'s Motion for Summary Judgment. In adjudicating this Motion, the Court has considered the following pleadings submitted by the parties:

　　1)　Defendant Crane Co.'s Motion for Summary Judgment;

　　2)　Declaration of G. William Shaw in Support of Defendant Crane Co.'s Motion for Summary Judgment, and the exhibits attached thereto;

　　3)　Plaintiffs Response in Opposition to Defendant Crane Co.'s Motion for Summary Judgment;

　　4)　Declaration of Anna D. Knudson in Support of Plaintiffs Response in Opposition to Defendant Crane Co.'s Motion for Summary Judgment, and the exhibits attached thereto; and

ORDER DENYING DEFENDANT CRANE CO.'S
MOTION FOR SUMMARY JUDGMENT -1

BERGMAN DRAPER LADENBURG HART
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

5)      Defendant Crane Co.'s Reply;

**IT IS THEREFORE ORDERED** that Defendant Crane Co.'s Motion for Summary Judgment, is **DENIED**.

DATED this 23rd day of September, 2015.

Ronald B. Leighton
United States District Judge

Presented by:

BERGMAN DRAPER LADENBURG HART, PLLC

*/s/ Anna D. Knudson*

Anna D. Knudson, WSBA #37959
BERGMAN DRAPER LADENBURG HART, PLLC
614 First Avenue, 4th Floor
Seattle, WA 98104
Telephone: (206) 957-9510
Telefax:  (206) 957-9549
E-Mail: annak@bergmanlegal.com
Counsel for Plaintiff

ORDER DENYING DEFENDANT CRANE CO.'S
MOTION FOR SUMMARY JUDGMENT  -2

BERGMAN DRAPER LADENBURG HART
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE:  206.957.9549